34

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 21  3 20 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

_____X

BILLY JOE WILSON,

    Plaintiff

Civil Action
No: 3:02CV01876 (DJS)

VS.

METRO-NORTH RAILROAD
COMPANY and CONSOLIDATED
RAIL CORPORATION,

    Defendants

November 14, 2003

_____X

## PLAINTIFFS' MOTION TO COMPEL METRO-NORTH

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6, 7, 8 and 9). A memorandum of a law and an affidavit are being filed herewith.

## FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.

[handwritten margin notes: "1/8/04 -- Denied without prejudice"]