LA HEARING LOSS CASE
MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

-----------------------------------X

BILLY JOE WILSON,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, and
CONSOLIDATED RAIL CORPORATION,

    Defendants

-----------------------------------X

CIVIL ACTION
NO. 3:02CV01876 (DJS)

DECEMBER 15, 2003

FILED
Dec 31   1 49 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to any parties.

PLAINTIFF, BILLY JOE WILSON

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

DEFENDANT, METRO-NORTH
RAILROAD COMPANY,

By_____
Anthony D. Sutton, (ct20607)
RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut 06905
(203) 357-9200

DEFENDANTS, CONSOLIDATED RAIL
CORPORATION AMERICAN FINANCIAL
GROUP, INC., f/k/a AMERICAN PREMIER
UNDERWRITERS, INC., f/k/a PENN CENTRAL
CORPORATION,

By_____
Lori A. McCarthy (ct19557)
FLYNN & ASSOCIATES, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109
(617) 722-8253

1/8/04 — So Ordered. (Curry J.)

FILED
JAN 8 12 26 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.